# Court of Appeals
# of the State of Georgia

ATLANTA, April 21, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0043. WILLIAMS et al. v. STATE OF GEORGIA et al.**

Upon consideration of the appellants' emergency motion, the same is hereby GRANTED. The orders granting a preliminary injunction and permitting the sale and liquidation of assets are VACATED, and the proceedings are STAYED until termination of the Chief Justice's emergency order. The trial court's orders appointing a temporary receiver and issuing a temporary restraining order remain in effect.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/21/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*